# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br><br>Gilardo Varelas Quiroz,   Defendant, | CASE NO.: 3:21-cr-03526-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |

IT IS HEREBY ORDERED, that for good cause being shown, the motion hearing/trial setting in the above-mentioned matter currently set for January 28, 2022 at 1:30 p.m. be continued to February 25, 2022 at 1:30 p.m.

For the reasons provided in the parties' motion, the Court excludes time through February 25, 2022 and finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  January 19, 2022

                                                   *Janis L. Sammartino*
                                                   Hon. Janis L. Sammartino
                                                   United States District Judge